■ MATTHEW J. LEWIS, Respondent, v MICHAEL T. KEEFE et al., Defendants, and METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, Appellant. (Appeal No. 2.) [679 NYS2d 869] —Judgment unanimously affirmed without costs. Same Memorandum as in *Brown v Keefe* (255 AD2d 971 [decided herewith]). (Appeal from Judgment of Supreme Court, Chautauqua County, Cass, J.—Declaratory Judgment.) Present—Denman, P. J., Hayes, Pigott, Jr., and Fallon, JJ.